UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                                Chapter 13
DEIDRE RENA DONNERSON
Debtor(s)                                             Case No. 17-28465-D
_____
                          NOTICE OF HEARING
_____

The Chapter 13 Trustee's Motion to Dismiss Chapter 13 having been filed by George W. Stevenson  on November 09, 2017.

    NOTICE IS HEREBY GIVEN THAT:

    The Chapter 13 Trustee's Motion to Dismiss Chapter 13 Case shall be held on 12/5/2017, at  9:00 am in the United States Bankruptcy Court, Room 600, 200 Jefferson Avenue, Memphis, Tennessee, 38103.

    Debtors should contact their attorney to see if their attendance is necessary.  This hearing may be continued or adjourned from time to time by oral announcement (at the hearing) of the continued or adjourned date and time, without further written notice.

                                        /S/ George W. Stevenson
                                        CHAPTER 13 TRUSTEE

_____
                         MOTION TO DISMSS
             CHAPTER 13 CASE FOR SUFFICIENT GROUNDS
_____
    Comes now your Standing 13 Trustee who would show unto the Court  that pursuant to 11 U.S.C. 1307 he or she reasonably believes there are sufficient grounds to dismiss this case.


    PREMISES CONSIDERED, your Trustee prays:
    1. That the matter be set for hearing.
    2. That the case be dismissed.
    3. That the Trustee be granted such other and further relief to
       which he or she may be entitled.

                                        /S/ George W. Stevenson
                                        CHAPTER 13 TRUSTEE


CC:   CHAPTER 13 TRUSTEE

      DEIDRE RENA DONNERSON
      1790 WHITMAN RD
      MEMPHIS,  TN 38116

      HOLLY W SCHUMPERT ATTY