| **Fill in this information to identify the case:** |
|---|
| Debtor 1  Deidre Rena Donnerson |
| Debtor 2<br>(Spouse, if filing) |
| United States Bankruptcy Court for the: Western District of Tennessee<br>                                                                                               (State) |
| Case number  17-28465-PJD |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges                    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| **Name of creditor:** | **Lakeview Loan Servicing, LLC** | **Court claim no.** (if known): | **29** |
|---|---|---|---|

**Last 4 digits** of any number you use to
identify the debtor's account:             4130

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

X    No

       Yes.  Date of the Last Notice

| **Part 1:** | **Itemize Postpetition Fees, Expenses, and Charges** |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Date(s) Incurred | Amount |
|---|---|---|
| PROOF OF CLAIM | 02/05/2018 | $425.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Deidre Rena Donnerson                                                    Case number *(if known)* 17-28465-PJD

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/ Lisa F. Caplan                               Date   July 27, 2018
      Signature

Print:       Lisa F. Caplan                          Title   Attorney for Creditor
             First Name   Middle Name  Last Name

Company      Rubin Lublin TN, PLLC

Address      119 S. Main Street, Suite 500
             Number      Street
             Memphis, TN 38103
             City                    State    ZIP Code

Contact phone  (877) 813-0992                        Email  lcaplan@rubinlublin.com

# UNITED STATES BANKRUPTCY COURT

**Notice to Borrower**

Upon written request, you are entitled to the following information:
   A. A copy of your payment history from the period the mortgage loan was last less than 60 days delinquent to present
   B. A copy of the promissory note or lost note affidavit where applicable
   C. The name of the investor that holds the loan
   D. If we have initiated foreclosure or filed a Proof of Claim, you may obtain copies of any assignments of mortgage or deed of trust required to demonstrate our right to foreclosure under applicable state law.

To obtain this information, submit a written request to:


Borrower Information Requests
3637 Sentara Way
Virginia Beach, VA 23452

## CERTIFICATE OF SERVICE

    I certify that on the 27th day of July, 2018, I caused a copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:


Deidre Rena Donnerson
1790 Whitman Rd.
Memphis, TN 38116

Holly W. Schumpert, Esq.
2552 Poplar Avenue, Suite 4F
Memphis, TN 38112

George W. Stevenson
Chapter 13 Trustee
5350 Poplar Avenue
Suite 500
Memphis, TN 38119-3697


Executed on 7/27/18
By:/s/ Lisa F. Caplan
Lisa F. Caplan
TN BPR No. 028887
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor